[No. 44162-1-I.  Division One.  February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN LEE SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00731-4, Steven J. Mura, J., entered February 16, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44266-0-I.  Division One.  February 22, 2000.]

NORTHWEST PACIFIC MORTGAGE COMPANY, INC., *Respondent*, v. RICHARD TREPUS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-02798-1, Richard A. Jones, J., entered February 10, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Appelwick, JJ.

[No. 44372-1-I.  Division One.  February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07219-7, Linda Lau, J., entered February 24, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 17004-7-III.  Division Three.  February 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALLEN BRITTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00468-9, Carolyn A. Brown, J., entered October 4, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.